IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:24-cr-235 |
| | ) | |
| v. | ) | Count 1: Possession with Intent to Distribute Cocaine |
| | ) | (21 U.S.C. § 841(a)(1), (b)(1)(C)) |
| ARTHUR HILL CARTER, | ) | |
| | ) | |
| Defendant. | ) | Count 2: Possession with Intent to Distribute Fentanyl |
| | ) | (21 U.S.C. § 841(a)(1), (b)(1)) |
| | ) | |
| | ) | Count 3: Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| | ) | (18 U.S.C. § 924(c)(1)(A)) |
| | ) | |
| | ) | Count 4: Felon in Possession of a Firearm |
| | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| | ) | Count 5: Possession of a Firearm with an Obliterated Serial Number |
| | ) | (18 U.S.C. § 922(k)) |
| | ) | |
| | ) | Forfeiture Notice |

**INDICTMENT**

October 2024 Term – at Alexandria

**Count 1**
**(Possession with Intent to Distribute Cocaine)**

THE GRAND JURY CHARGES THAT:

On or about June 26, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ARTHUR HILL CARTER, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).)

## Count 2
### (Possession with Intent to Distribute Fentanyl)

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 26, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ARTHUR HILL CARTER, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), (b)(1).)

## Count 3
**(Using and Carrying a Firearm During and in Relation to a Drug Trafficking Offense)**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 26, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ARTHUR HILL CARTER, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute cocaine and possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as set forth and charged in Counts 1 and 2 of this Indictment, respectively, and did knowingly possess a firearm in furtherance of those drug trafficking crimes.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## Count 4
### (Felon in Possession of a Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 26, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ARTHUR HILL CARTER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit, a Glock 19, GEN5 9mm pistol bearing serial number BRXF576, an American Tactical unknown caliber rifle with an obliterated serial number, an ABC Rifle Company Model AB9M unknown caliber rifle bearing serial number AB9M-0094, and a loaded Geisler Combat 19, 9mm privately made firearm lacking a serial number, said firearms having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## Count 5
### (Possession of a Firearm with an Obliterated Serial Number)

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 26, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, ARTHUR HILL CARTER, did knowingly possessed a firearm, to wit, an American Tactical unknown caliber rifle from which the manufacturer's serial number had been removed, altered, and obliterated, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, ARTHUR HILL CARTER, is hereby notified that if convicted of any of the violations alleged in Counts 1 and 2 of the Indictment, he shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant is hereby notified that if convicted of any of the violations set forth in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense

The assets subject to forfeiture include, but are not limited to, the following: a Glock 19, GEN5 9mm pistol bearing serial number BRXF576, an American Tactical unknown caliber rifle

5

with an obliterated serial number, an ABC Rifle Company Model AB9M unknown caliber rifle bearing serial number AB9M-0094, a loaded Geisler Combat 19, 9mm privately made firearm lacking a serial number, and $3,603 in United States currency.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure)

A TRUE BILL:

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Jessica D. Aber
United States Attorney

By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney