RECEIVED
IN OPEN COURT

APR - 4 2025

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

ARTHUR HILL CARTER,

Defendant.

Case No. 1:24-cr-235 (CMH)

## STATEMENT OF FACTS

The United States and the defendant, ARTHUR HILL CARTER, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about June 26, 2024, the Fairfax Country Police Department executed a state search warrant at the residence of the defendant, ARTHUR HILL CARTER, which was located in Annandale, Virginia, within the Eastern District of Virginia.

2. The search warrant was based upon a pin hole camera which recorded the defendant selling fentanyl from the same apartment in the days and weeks preceding the warrant's execution. The apartment was leased to the defendant and he answered the apartment door when law enforcement knocked and announced the execution of the warrant.

3. Law enforcement officers seized from the defendant's apartment the following items:

   a. 14.92 grams of cocaine, a Schedule II controlled substance;

   b. 189 pills of N-phenyl-N- [ 1- (2-phenylethyl ) -4-piperidinyl ] propanamide (more commonly known as fentanyl), a Schedule II controlled substance;

   c. a Glock 19 GEN5 9mm pistol bearing serial number BRXF576;

 d. an American Tactical unknown caliber rifle with an obliterated serial number;

 e. an ABC Rifle Company AB9M unknown caliber rifle bearing serial number AB9M-0094;

 f. a Geisler Combat 19 9mm privately made firearm lacking a serial number with a magazine holding rounds of ammunition engaged; and

 g. a total of $2,008 in U.S. currency.

4. Each of the firearms listed in the preceding paragraph were shipped and transported in interstate and/or foreign commerce. The defendant's knowing possession of firearms was in furtherance of his drug trafficking insofar as he possessed firearms to protect himself and his drug proceeds.

5. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

6. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

     Respectfully submitted,

     Erik S. Siebert
     United States Attorney

Date: March 27, 2025    By: _____

     Ronald L. Walutes, Jr.
     Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

ARTHUR HILL CARTER
Defendant

I am the defendant's attorney.    I have carefully reviewed the above Statement of Facts with him.    To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Lauren Rosen, Esq.
Counsel for the Defendant